```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

MICKEY CONLEY,                       )
                                     )
           Plaintiff,                )
                                     )
      v.                             )    No. 4:05CV243(SNL)
                                     )
JAMES PURKETT,                       )
JAMES HENSON,                        )
JAMES BRYAN,                         )
JERRI ELDER,                         )
JENNY LEWIS,                         )
JESSE MORGAN,                        )
STOM POLYNE,                         )
UNKNOWN SLINKORD,                    )
J. CRUMP,                            )
J. LIGHT,                            )
DOUGLAS MONTGOMERY,                  )
DON ROPER,                           )
STEVE LONG,                          )
SHARON GIFFORD,                      )
MICHAEL LAYDEN,                      )
GARY B. KEMPKER,                     )
JEREMIAH W. "JAY" NIXON, and         )
LARRY CRAWFORD,                      )
                                     )
           Defendants.               )

### ORDER OF PARTIAL DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's claims against defendants Polyne, Slinkord, Montgomery, Roper, Long, Gifford, Layden, Nixon, and Crawford are **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 9th day of August, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE